IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rohan Hanif Blake, :
         Plaintiff : Civil Action 2:06-cv-503

v. : Judge Marbley

First American, *et al.*, : Magistrate Judge Abel
         Defendants
          :

**ORDER**

Plaintiff Rohan Hanif Blake brings this action under 42 U.S.C. § 2000e-5(f) alleging that defendants discriminated against him in his employment because of his race and national origin. This matter is before the Court on Magistrate Judge Abel's June 28, 2006 Initial Screening Report and Recommendation that the individual defendants Stacy Spohn, Cindy Smith, and Joshua Shultis be DISMISSED because the complaint fails to state a claim against them (doc. 4). No objections were filed to the Report and Recommendation.

Title VII authorized suit against "employers" who discriminate against their employees in their employment because of their race or national origin. Individual supervisors are not "employers' within the meaning of Title VII and cannot be sued for discriminating against employees they supervise. *Wathen v. General Electric Co.*, 115 F.3d 400, 405 (6th Cir. 1996).

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Initial Screening Report and Recommendation (doc. 4). Defendants Stacy Spohn, Cindy Smith, and Joshua Shultis be DISMISSED

        s/Algenon L. Marbley
        Algenon L. Marbley
        United States District Judge